*Monday, November 30, 1992*

## MOTION DOCKET

**92–324 and 92–652.** Carpenter v. Consol. Rail Corp. *Mahoning County*, No. 90 C.A. 116. On motion for stay. Motion granted.

**92–768.** Warren v. Brake. *Trumbull County*, Nos. 91–T–4513 and 91–T–4553. On motion for stay. Motion denied.

**92–1888.** State ex rel. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME, AFL–CIO v. Trimble. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to dismiss,

IT IS ORDERED by the court that said motion to dismiss be, and the same is hereby, denied, effective November 24, 1992.

MOYER, C.J., and H. BROWN, J., would also expedite briefing.

HOLMES and WRIGHT, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**92–1137.** Vinci v. Ceraolo. *Cuyahoga County*, Nos. 60100, 61000 and 61001. Cause dismissed, on appellant's application to dismiss, effective November 24, 1992.

**92–1767.** Randolph Twp. Trustees v. Portage Cty. Agricultural Soc. *Portage County*, No. 91–P–2384. Cause dismissed, on appellant's application for dismissal, effective November 24, 1992.

*Wednesday, December 2, 1992*

## MERIT DOCKET

**92–1797.** State v. Auria. *Erie County*, No. E–90–55. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

WRIGHT, J., dissents.

**92–1891.** State ex rel. Susser v. Meagher. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1918.** State ex rel. McKenzie v. Judge of Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–1936.** State ex rel. Mancini v. Kovacic. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**92–2091.** State ex rel. Gauntt v. Spellacy. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.